The State, ex rel. Vitoratos, *v.* Gross, Clerk.

[Cite as State, ex rel. Vitoratos, v. Gross (1970), 24 Ohio St. 2d 22.]

(No. 70-303—Decided September 24, 1970.)

Mr. *William Vitoratos,* in propria persona.

Mr. *David D. Dowd, Jr.,* prosecuting attorney, Mr. *Clay E. Hunter* and Mr. *J. Whitney Ake,* for respondent.

*Per Curiam.* Relator seeks by this mandamus action to compel respondent, Clerk of the Canton Municipal

Court, to sell relator a certified copy of the original affidavit of complaint filed against him. The pleadings disclose that the clerk has not refused to furnish the copy requested, but that he does not have the document in his possession. Therefore, respondent's motion to dismiss relator's petition is sustained.

*Petition dismissed.*

O'NEILL, C. J., LEACH, SCHNEIDER, HERBERT, DUNCAN, CORRIGAN and STERN, JJ., concur.

LEACH, J., of the Tenth Appellate District, sitting for MATTHIAS, J.